FILED
CLERK, U.S. DISTRICT COURT

MAR 14 2012

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

___ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Comerica Bank, Morgan Rector, and Jared Underwood,<br><br>    Petitioners,<br><br>    vs.<br><br>Intertainment Licensing GmbH,<br><br>    Respondent. | Case No. 12-CV-00018 GHK (RZx)<br><br>[The Honorable George H. King]<br><br>[PROPOSED] JUDGMENT |
| Intertainment Licensing GmbH,<br><br>    Counter-Petitioner,<br><br>    vs.<br><br>Comerica Bank, Morgan Rector, and Jared Underwood,<br><br>    Counter-Respondents. | |

LA 51511582

1   Having considered the Stipulation to Enter Judgment on Arbitration Award, IT
2   IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be
3   entered in this Action in favor of Petitioners and against Respondent in the amount of
4   $9,355,945 plus interest on that amount at the rate of 10 percent per year from
5   November 27, 2011 until this Judgment is paid.
6   It is further ordered that the clerk shall enter this Judgment forthwith.
7   IT IS SO ORDERED.

10  DATED: 3/14/12                              _____
11                                              United States District Judge

LA 51511582